█ JOHN GREY et al., Appellants, v FIRST BAPTIST CHURCH OF OLEAN, Also Known as FIRST BAPTIST CHURCH, Appellant, and CHRISTIAN C. HENZEL et al., Respondents. (Appeal No. 1.) [874 NYS2d 840]—Appeals from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered October 2, 2007 in a personal injury action. The order granted the motion of defendants Christian C. Henzel and Catherine M. Maley for summary judgment and dismissed the amended complaint against them.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.